UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No.    25 CR 693 |
| MICHAEL RABBIT, | ) | Judge April M. Perry |
| KATHERINE MARIE ABUGHAZALEH, | ) | |
| ANDRE MARTIN, | ) | |
| CATHERINE SHARP, | ) | |
| BRIAN STRAW, and | ) | |
| JOSELYN WALSH | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT BRIAN STRAW'S
EMERGENCY MOTION FOR A PRESERVATION ORDER**

The United States of America, by and through its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, hereby responds to defendant Brian Straw's Emergency Motion for a Preservation Order as follows:

Defendant Straw's motion should be denied as he has no standing to seek discovery due to the Court's dismissal of all pending charges in this matter. As a result of the dismissal, any future contempt proceeding would be for criminal contempt, not civil contempt. *See Kienle v. Jewel Tea Co.,* 222 F.2d 98, 99–100 (7th Cir. 1955) (citations omitted). Any parties to the dismissed action, other than the alleged contemner, are not proper parties to the contempt proceeding. *Id.,* 222 F.3d at 100.  The requested order is also unnecessary as the government will maintain its

1

records as it is required to do under the Federal Records Act, 44 U.S.C. § 3101 et seq.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     s/ Diane MacArthur
        DIANE MacARTHUR
        Assistant United States Attorney
        219 South Dearborn Street, 5th Floor
        Chicago, Illinois 60604
        (312) 353-5352

2